United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENESIS CARE PTY LIMITED, *et al.*, [1] | ) ) | Case No. 23-90614 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 1042** |

### EIGHTH ORDER APPROVING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY

Pursuant to the order approving the procedures for the rejection of executory contracts and unexpired leases of the above-captioned debtors and debtors in possession (collectively, the "Debtors") and granting related relief [Docket No. 272] (the "Procedures Order");[2] and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Debtors having properly filed and served a Rejection Notice on each applicable party as set forth in the Rejection Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/GenesisCare. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 1419 SE 8th Terrace, Suite 200, Cape Coral, FL 33990.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

no timely objections have been filed to the Rejection of such Contracts; and due and proper notice of the Procedures Order and the Rejection Notice having been provided to each applicable Rejection Counterparty as set forth in the Rejection Schedule and it appearing that no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Contracts and Leases listed on the Rejection Schedule attached hereto as **Exhibit 1** are rejected under section 365 of the Bankruptcy Code effective as of the rejection date set forth on the Rejection Schedule (the "Rejection Date").

2. Any claims against the Debtors arising from the rejection of any applicable Contracts and Leases set forth in the Rejection Schedule must be filed on or before the later of (a) the applicable dates designated by the Bankruptcy Court (or pursuant to the Bankruptcy Rules) as the last date for filing proofs of claims in these chapter 11 cases, (b) 5:00 p.m., prevailing Central Time, on the date that is thirty (30) days following the entry of this order, and (c) 5:00 p.m., prevailing Central Time, on the date that is thirty (30) days following the effective date of such rejection of the applicable Contract.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and the rejection without further order from this Court.

4. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: December 19, 2023

Marvin Isgur
United States Bankruptcy Judge

**Exhibit 1**

**Rejection Schedule**

**Schedule of Rejected Contracts**[1]

| Debtor Entity | Rejection Counterparty | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|
| GenesisCare USA, Inc. | Optimax Consulting Services, LLC | 8200 Stockdale Hwy M10-192 Bakersfield, CA 93311 | Consulting and Legal Revenue Cycle Services Agreement | 10/25/2023 |

---

[1] The inclusion of a contract on this list does not constitute an admission as to the existence or validity of any claims held by the contract counterparty.

**Schedule of Rejected Leases**[2]

| Debtor Entity | Site Address | Rejection Counterparty | Counterparty Address | Contract Description | Rejection Date |
|---|---|---|---|---|---|
| GenesisCare USA of Florida, LLC (f/k/a 21st Century Oncology, LLC) | 1044 Goodlette Road North, Naples, FL, 34102 | Ruth S. Wise Trust UTD 10/07/2000 | 1044 Goodlette Road North, Naples, FL, 34102 | Lease Agreement | 10/31/2023 |
| GenesisCare USA of Florida, LLC (f/k/a 21st Century Oncology, LLC) | 8931 Colonial Center Drive, 2nd Floor, Fort Myers, FL, 33905 | Lee Memorial Health System | Lee Health Ambulatory Facilities Management Attn: Leasing Coordinator 4211 Metro Parkway, Suite 100 Fort Myers, FL, 33916  With copies to:  Lee Health Legal Services Re: Real Property Transactions P.O. Box 2218 Fort Myers, FL, 33902 | Lease Agreement | 11/13/2023 |
| GenesisCare USA of Florida, LLC (f/k/a 21st Century Oncology, LLC) | 3800 Johnson Street, Suite E, Hollywood, FL, 33021 | Jubran Hoche, M.D. | Jubran Hoche, M.D. 3800 Johnson Street, Suite E Hollywood, FL, 33021 | Sublease Agreement | 11/13/2023 |

---

[2]  The inclusion of a contract on this list does not constitute an admission as to the existence or validity of any claims held by the contract counterparty.