United States Bankruptcy Court
Southern District of Texas

**ENTERED**

January 16, 2024

Nathan Ochsner, Clerk

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-90614** |
| **GENESIS CARE PTY LIMITED,** | § | |
| *et al.*, | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

### ORDER COMPELLING COMPLIANCE WITH THIS COURT'S ORDER AND THE CONFIRMED PLAN

All parties in interest are ordered to comply with the Court's order entered on November 21, 2023 confirming the first amended plan filed by the Debtors. Failure to comply in good faith with this Court's order and the confirmed plan may result in sanctions or civil contempt.

Compliance with this Order must be completed within two business days of receipt of this Order.

Not later than January 23, 2024, the Debtors must file an emergency status report identifying any alleged non-compliance. Upon review, the Court may order additional relief.

SIGNED 01/16/2024

_____
Marvin Isgur
United States Bankruptcy Judge