# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Tuesday, January 16, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Scott | Alberino | Feld | Ad Hoc Term Lender Group |
| Alex | Antypas | Feld | Ad Hoc Term Lender Group |
| Rachel | Biblo Block | Feld | Ad Hoc Term Lender Group |
| Hector | Duran | U.S. Department of Justice | U.S. Trustee |