IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| GENESIS CARE PTY LIMITED, *et al.*,[1] | ) ) ) | Case No. 23-90614 (MI) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF (I) ENTRY OF
AN ORDER (A) APPROVING THE DISCLOSURE
STATEMENT AND (B) CONFIRMING THE JOINT
CHAPTER 11 PLAN OF GENESIS CARE PTY LIMITED
AND ITS DEBTOR AFFILIATES AND (II) OCCURRENCE
OF THE ROW EFFECTIVE DATE AND THE GC U.S. EFFECTIVE DATE**

On November 21, 2023, the Honorable Marvin Isgur, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), entered the *Order (I) Approving the First Amended Disclosure Statement and (II) Confirming the First Amended Joint Plan of Genesis Care Pty Limited and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications)* [Docket No. 1192] (the "Confirmation Order") confirming the Plan[2] of the above-captioned debtors (the "Debtors").

The GC U.S. Effective Date and the ROW Effective Date of the Plan occurred on **February 16, 2024**.

The Confirmation Order and the Plan are available for inspection. If you would like to obtain a copy of the Confirmation Order or the Plan, you may contact Kroll Restructuring Administration LLC, the notice, claims, and solicitation agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at (833) 744-6948 (US/Canada toll free) or (646) 440-4836 (international); (b) visiting the Debtors' restructuring website at: https://restructuring.ra.kroll.com/GenesisCare; or (c) emailing GenesisCareInfo@ra.kroll.com. You may also obtain copies of any pleadings Filed in these Chapter 11 Cases for a fee via PACER at: www.txs.uscourts.gov.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/GenesisCare. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 1419 SE 8th Terrace, Suite 200, Cape Coral, Florida 33990.

[2] Capitalized terms used but not defined herein have the meanings given to them in the *Debtors' First Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Further Technical Modifications)* [Docket No. 1186] (as modified, amended, or otherwise supplemented from time to time, the "Plan").

The Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article VIII of the Plan.

The Plan and its provisions are binding on the Debtors, Reorganized Debtors, Post Effective Date Debtors, Distribution Agent, and any Holder of a Claim or an Interest and such Holder's respective successors and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

The Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Houston, Texas
February 16, 2024

*/s/ Jennifer F. Wertz*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Genevieve M. Graham (TX Bar No. 24085340) | Steven N. Serajeddini, P.C. (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, Texas 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile: (713) 752-4221 | Facsimile: (212) 446-4900 |
| Email: mcavenaugh@jw.com | Email: joshua.sussberg@kirkland.com |
| jwertz@jw.com | steven.serajeddini@kirkland.com |
| ggraham@jw.com | |
| | - and - |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | Jaimie Fedell (admitted *pro hac vice*) |
| | 300 North LaSalle Street |
| | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: jaimie.fedell@kirkland.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |
| *and Debtors in Possession* | *and Debtors in Possession* |

## Certificate of Service

   I certify that on February 16, 2024, I caused a copy of the foregoing document to be served via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                    */s/ Jennifer F. Wertz*
                     Jennifer F. Wertz