UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Texas

Houston Division

In re: GenesisCare USA, Inc. § Case No. 23-90633
§ Lead Case No. 23-90614
§
Debtor(s) § ☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2024      Petition Date: 06/01/2023

Plan Confirmed Date: 11/21/2023      Plan Effective Date: 02/16/2024

This Post-confirmation Report relates to: ⦿ Reorganized Debtor
○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Johnny Lee                           Johnny Lee
Signature of Responsible Party           Printed Name of Responsible Party

07/31/2024
Date                                     1419 SE 8th Terrace, Suite 200, Cape Coral, Florida 33990
                                         Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name GenesisCare USA, Inc.                                            Case No. 23-90633

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $10,229,033 | $53,806,654 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $10,229,033 | $53,806,654 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $19,816,883 | $0 | $19,816,883 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Kobre & Kim | Special Counsel | $0 | $4,593 | $0 | $4,593 |
| ii | Jackson Walker | Other | $0 | $149,807 | $0 | $149,807 |
| iii | Carey Olsen | Other | $0 | $79,825 | $0 | $79,825 |
| iv | Alvarez & Marsal | Financial Professional | $0 | $2,109,020 | $0 | $2,109,020 |
| v | BRG | Other | $0 | $252,738 | $0 | $252,738 |
| vi | Kirkland & Ellis | Other | $0 | $3,463,797 | $0 | $3,463,797 |
| vii | PJT Partners | Other | $0 | $9,637,306 | $0 | $9,637,306 |
| viii | Alston & Bird | Other | $0 | $132,000 | $0 | $132,000 |
| ix | Kroll Agency Services Limited | Other | $0 | $134,266 | $0 | $134,266 |
| x | Locke Lord | Other | $0 | $61,101 | $0 | $61,101 |
| xi | FTI | Other | $0 | $3,016,613 | $0 | $3,016,613 |
| xii | Clayton Utz | Other | $0 | $257,069 | $0 | $257,069 |
| xiii | Sidley Austin LLP | Other | $0 | $169,792 | $0 | $169,792 |
| xiv | Susan Goodman | Other | $0 | $1,739 | $0 | $1,739 |
| xv | Teneo | Other | $0 | $202,485 | $0 | $202,485 |
| xvi | Kramer Levin | Other | $0 | $144,729 | $0 | $144,729 |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name GenesisCare USA, Inc.  Case No. 23-90633

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

| Debtor's Name | GenesisCare USA, Inc. | | Case No. | 23-90633 |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | $0 | $1,725,612 | $0 | $1,725,612 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | KILPATRICK TOWNSEND & | Other | $0 | $2,387 | $0 | $2,387 |
| | ii | CLIFTONLARSONALLEN LL | Other | $0 | $2,100 | $0 | $2,100 |
| | iii | BRADLEY ARANT BOULT C | Other | $0 | $14,144 | $0 | $14,144 |
| | iv | MCDERMOTT WILL & EMER | Other | $0 | $77,380 | $0 | $77,380 |
| | v | HALL,RENDER,KILLIAN, HE | Other | $0 | $57,581 | $0 | $57,581 |
| | vi | INTAX INC | Other | $0 | $1,496,765 | $0 | $1,496,765 |

UST Form 11-PCR (12/01/2021)                       4

Debtor's Name GenesisCare USA, Inc.                                                                 Case No. 23-90633

|   |         |                          |       |     |          |     |          |
|---|---------|--------------------------|-------|-----|----------|-----|----------|
|   | vii     | FORD & HARRISON LLP      | Other | $0  | $23,584  | $0  | $23,584  |
|   | viii    | SHAFER LAW FIRM          | Other | $0  | $32,222  | $0  | $32,222  |
|   | ix      | OLIVER WYMAN ACTUARIAL   | Other | $0  | $19,450  | $0  | $19,450  |
|   | x       |                          |       |     |          |     |          |
|   | xi      |                          |       |     |          |     |          |
|   | xii     |                          |       |     |          |     |          |
|   | xiii    |                          |       |     |          |     |          |
|   | xiv     |                          |       |     |          |     |          |
|   | xv      |                          |       |     |          |     |          |
|   | xvi     |                          |       |     |          |     |          |
|   | xvii    |                          |       |     |          |     |          |
|   | xviii   |                          |       |     |          |     |          |
|   | xix     |                          |       |     |          |     |          |
|   | xx      |                          |       |     |          |     |          |
|   | xxi     |                          |       |     |          |     |          |
|   | xxii    |                          |       |     |          |     |          |
|   | xxiii   |                          |       |     |          |     |          |
|   | xxiv    |                          |       |     |          |     |          |
|   | xxv     |                          |       |     |          |     |          |
|   | xxvi    |                          |       |     |          |     |          |
|   | xxvii   |                          |       |     |          |     |          |
|   | xxviii  |                          |       |     |          |     |          |
|   | xxix    |                          |       |     |          |     |          |
|   | xxx     |                          |       |     |          |     |          |
|   | xxxi    |                          |       |     |          |     |          |
|   | xxxii   |                          |       |     |          |     |          |
|   | xxxiii  |                          |       |     |          |     |          |
|   | xxxiv   |                          |       |     |          |     |          |
|   | xxxv    |                          |       |     |          |     |          |
|   | xxxvi   |                          |       |     |          |     |          |
|   | xxxvii  |                          |       |     |          |     |          |
|   | xxxviii |                          |       |     |          |     |          |
|   | xxxix   |                          |       |     |          |     |          |
|   | xl      |                          |       |     |          |     |          |
|   | xli     |                          |       |     |          |     |          |
|   | xlii    |                          |       |     |          |     |          |
|   | xliii   |                          |       |     |          |     |          |
|   | xliv    |                          |       |     |          |     |          |
|   | xlv     |                          |       |     |          |     |          |
|   | xlvi    |                          |       |     |          |     |          |
|   | xlvii   |                          |       |     |          |     |          |
|   | xlviii  |                          |       |     |          |     |          |

UST Form 11-PCR (12/01/2021)                                        5

Debtor's Name GenesisCare USA, Inc.                                   Case No. 23-90633

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvii | | | | | | |
| | lxxxviii | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |

Debtor's Name GenesisCare USA, Inc.   Case No. 23-90633

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $21,542,495 | $0 | $21,542,495 |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $59,157,138 | $9,101,185 | $59,157,138 | $59,157,138 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $527,906 | $9,148,034 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?   Yes ● No ○

  If yes, give date Final Decree was entered: 04/08/2024

  If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

| Debtor's Name | GenesisCare USA, Inc. | Case No. | 23-90633 |
|---|---|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Johnny Lee | Johnny Lee |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chief Financial Officer | 07/31/2024 |
| Title | Date |

Debtor's Name GenesisCare USA, Inc.　　　　　　　　　　　　　　　　　Case No. 23-90633


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)　　　　　9

Debtor's Name GenesisCare USA, Inc.  Case No. 23-90633


Bankruptcy Table 51-100


Non-Bankruptcy Table 1-50


Non-Bankruptcy Table 51-100


Part 3, Part 4, Last Page