IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| GENESIS CARE PTY LIMITED, *et al.*,[1] | Case No. 23-90614 (MI) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF REORGANIZED GC U.S. DEBTORS' MOTION FOR ENTRY OF AN ORDER FURTHER EXTENDING THE PERIOD TO FILE AND SERVE OBJECTIONS TO CLASS 5B GENERAL UNSECURED CLAIMS AGAINST THE GC U.S. DEBTORS**

PLEASE TAKE NOTICE that the undersigned counsel to the above-captioned reorganized Genesis Care U.S. debtors, hereby withdraws the *Reorganized GC U.S. Debtors' Motion for Entry of an Order Further Extending the Period to File and Serve Objections to Class 5B General Unsecured Claims Against the GC U.S. Debtors* [Docket No. 2071], filed on July 11, 2025.

---

[1] A complete list of each of the Reorganized Debtors in these Chapter 11 Cases may be obtained on the website of the Claims and Noticing Agent at https://restructuring.ra.kroll.com/GenesisCare. The location of the Reorganized Debtors' principal place of business and service address in these Chapter 11 Cases is: 1419 SE 8th Terrace, Suite 200, Cape Coral, Florida 33990.

Dated: August 11, 2025

                         Respectfully Submitted,

*/s/ Jason C. DiBattista*
**ASK LLP**
Jason C. DiBattista (admitted *pro hac vice*)
Brigette G. McGrath
2600 Eagan Woods Drive, Suite 400
St. Paul, Minnesota 55121
Telephone: (651) 406-9665
Facsimile: (651) 406-9676
Email:    jdibattista@askllp.com
            bmcgrath@askllp.com

and-

Marianna Udem
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
Email:    mudem@askllp.com

*Counsel to the Reorganized GC U.S. Debtors*

2

**Certificate of Service**

      I certify that on August 11, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Jason C. DiBattista*
                                                    Jason C. DiBattista